UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO. 3:07-mc-02-33TEM

$24,900.00 IN U.S. CURRENCY

**ORDER EXTENDING UNITED STATES' TIME TO
FILE COMPLAINT FOR FORFEITURE AND/OR TO
OBTAIN INDICTMENT ALLEGING FORFEITURE**

Agreement having been reached between the Parties, the United States of America, and Christopher K. Rogers, through his attorney, Gary A. Roberts, Esquire, who has filed claim to the sum of $24,900.00 in U.S. currency ("the currency") in non-judicial civil forfeiture proceedings in the Drug Enforcement Administration, Department of Justice, as provided in 18 U.S.C. § 983(a), to extend the time in which the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture; and

The Parties, based on their Agreement, having jointly moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture; and

The United States having represented to the Court as follows:

1. All of the written notices of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to be sent by the Drug Enforcement Administration have been sent; and

2. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E); and

3. No other person has filed a claim to the currency as required by law in the nonjudicial civil forfeiture proceedings;

The Court being authorized by 18 U.S.C. § 983(a)(3)(A), based upon agreement of the parties, to extend the time in which the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the properties are subject to forfeiture; it is

ORDERED, under 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture is extended to April 16, 2007.

DONE and ORDERED in Jacksonville, Florida _17th_ day of _January_, 2007.

_Thomas E. Morris_
UNITED STATES MAGISTRATE JUDGE

2